UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| THOMAS LEE DANDRIDGE,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>COMMISSIONER OF THE SOCIAL<br>SECURITY ADMINISTRATION,<br><br>    Defendant. | No. ED CV 12-423-JAK (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is adopted.
2. Plaintiff's Motion for Summary Judgment is granted and the decision of the Commissioner is reversed.
3. Defendant's Cross-Motion for Summary Judgment is denied.

/

/

/

4. Judgment shall be entered consistent with this order.

5. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: April 15, 2013

HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

2